IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

        Plaintiff,                No. CIV S-09-0336 GEB GGH P

    vs.

S. PARKS, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has motioned for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff has also requested appointment of an investigator. The court does not have the authority to appoint an investigator.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's February 24, 2009, motion for the appointment of counsel (Docket No. 8) is denied.

DATED: March 4, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
youn0336.31