IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

    Plaintiff,                    No. CIV S-09-0336 GEB GGH P

   vs.

S. PARKS, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a response to the February 23, 2009 order to show cause. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 16, 2009 request for an extension of time (Docket # 10) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a response to the February 23, 2009 order to show cause. There shall be no further extensions.

DATED: March 24, 2009

                                 /s/ Gregory G. Hollows
                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:md
youn0336.36