IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

       Plaintiff,               No. CIV S-09-0336 GEB GGH P

   vs.

S. PARKS, et al.,

       Defendant.         <u>ORDER</u>

_____/

         On August 5, 2009, the district court denied plaintiff's request to proceed in forma pauperis and ordered him to pay the $350 filing fee within thirty days.  Plaintiff appealed this order to the Ninth Circuit Court of Appeals.  On April 9, 2010, the Ninth Circuit dismissed plaintiff's appeal.

         Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall pay the filing fee.

DATED: April 19, 2010

                            /s/ Gregory G. Hollows

                        _____

                       UNITED STATES MAGISTRATE JUDGE

yo336.ord