IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE YOUNG,

      Plaintiff,                            No. CIV S-09-0336 GEB GGH P

    vs.

S. PARKS, et al.,

      Defendants.                <u>ORDER</u>

_____/

        By order filed May 28, 2010, the court affirmed it's August 5, 2009, order which required plaintiff to pay the $350.00 filing fee to proceed with this action. On July 9, 2010, plaintiff filed an interlocutory appeal of this decision. On October 19, 2010, the Ninth Circuit issued an order dismissing the appeal; therefore, plaintiff is directed to pay the filing fee within twenty-eight days of the filed date of this order. Failure to pay the fee will result in a recommendation that this case be dismissed.

DATED: October 25, 2010

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

GGH:035
youn0336.fee

1